

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2022

No. 04-22-00505-CR

Jorge **IZQUIERDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR10739
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

The reporter's record was originally due October 3, 2022, but the portion of the reporter's record that was due from Ms. Herminia Torres was not filed. On October 4, 2022, Court Reporter Herminia Torres filed a notification of late record, requesting an extension until November 7, 2022 to file the record. We granted, in part, Ms. Ms. Herminia Torres's requested extension and fixed a new deadline of November 2, 2022. On November 8, 2022, Ms. Herminia Torres filed a second notification of late record, requesting an extension until December 2, 2022, to file the record. After consideration, we GRANT the request and ORDER Ms. Herminia Torres to file the record by **December 2, 2022**. *See* TEX. R. APP. P. 35.3(c) (providing that any extension to file the appellate record in an ordinary or restricted appeal must not exceed thirty days). Further requests for extension of time will be disfavored absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2022.



Michael A. Cruz,
Clerk of Court